# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN D. MCBRIDE, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 08-517-GPM |
| JEREMY HENSON, | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Henson moves to strike portions of the complaint (Doc. 20). McBride's only remaining claim is that Henson used excessive force when he arrested him in Buckner, Illinois. Henson thinks certain portions of the complaint are immaterial. Specifically, that (1) the Buckner Police Department and the Village of Buckner are not defendants in the case,[1] and, thus don't belong in the complaint; (2) the allegations in paragraph six against Franklin County Jail and the Franklin County Sheriff's Department are not material; and, (3) since the prosecution of criminal charges is a discretionary decision reserved for the Franklin County State's Attorney, it is pointless to request a prosecution this case.

The Court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter ( Fed. R. Civ. P. 12(f)), and this motion is unopposed,

---

[1] The Court notes that the Village of Buckner, Illinois, Police Department was dismissed from this action on September 18, 2008, following the Court's preliminary review of the complaint (*see* Doc. 10).

so the motion (Doc. 20) is **GRANTED,** and the following portions of the Complaint are **STRICKEN:**

      a.      **The prayer for damages against the Buckner Police Department and the Village of Buckner;**

      b.      **Paragraph 6 alleging matters involving the Franklin County Jail and the Franklin County Sheriff's Department; and**

      c.      **The prayer that criminal charges be filed against the defendant.**

**IT IS SO ORDERED.**

DATED: 03/17/09

                                                          s/ *G. Patrick Murphy*
                                                         G. Patrick Murphy
                                                         United States District Judge