# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN McBRIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 08-517-PMF |
| ) | |
| OFFICER JEREMY HENSON, Individually, ) | |
| and the VILLAGE OF BUCKNER, ) | |
| a municipal corporation, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  October 15, 2010.          NANCY J.  ROSENSTENGEL
                                   CLERK OF COURT

                                   By: s/Karen R. Metheney
                                        Deputy Clerk


**APPROVED:**
*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**